sion, Fourth Department. December 4, 1907.) Action by William N. White and others against Leslie G. Loomis and others.

PER CURIAM. Judgment and orders affirmed, with costs.

ROBSON, J., not voting.

WHITE v. WHITE. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Josephine B. White against Charles H. White. No opinion. Motion granted, with $10 costs. Order filed.

WHITNEY, Respondent, v. GARSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Anna Whitney against Moses Garson. No opinion. Judgment affirmed, with costs.

WILLIAM A. THOMAS CO. v. GORDON-HEITZNER CONST. CO. et al. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by the William A. Thomas Company against the Gordon-Heitzner Construction Company and others. No opinion. Motion denied, without costs.

WM. K. VOORHEES GRAIN CO., Respondent, v. LLOYD, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Wm. K. Voorhees Grain Company against Thomas Lloyd. No opinion. Judgment of the Municipal Court affirmed, with costs.

WILSON v. BLELOCH et al. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Edward C. Wilson against William A. Bleloch and another. No opinion. Oral argument ordered, and case set down for Tuesday, January 7, 1908.

WILSON, Respondent, v. UTICA GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by John Wilson against the Utica Gas & Electric Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

WILSON et al., Respondents, v. WEIDMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Actions by Francis F. Wilson, Jr., and another, against Paul Weidmann and another. No opinion. Judgment affirmed, with costs.

WILSON, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Delia Wilson against Alice Wilson. No opinion. Judgment of the Municipal Court affirmed, with costs.

WINGELS, Respondent, v. BUILDERS' PLANING MILL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Casper Wingels against the Builders' Planing Mill Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the plaintiff failed to establish actionable negligence against the defendant, and that the proof shows that the accident occurred through his own negligence or that of his co-employés, or the negligence of both.

WOERISHOFFER, Respondent, v. PEOPLES, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Anna Woerishoffer against Sydney W. Peoples. F. M. Cothren, for appellant. L. P. Marvin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 120 App. Div. 319, 105 N. Y. Supp. 506.

WOLF, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by John Wolf against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting. MILLER, J., dissents.

WOODMAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Aaron J. Woodman against the Brooklyn Heights Railroad Company. No opinion. Order modified, so as to grant a new trial, on condition that the defendant pay the costs and disbursements of the trial; otherwise, motion denied, with $10 costs, and, as thus modified, affirmed, without costs.

WOODRUFF, Appellant, v. SQUIER, Respondent. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Amos E. Woodruff against Elinor W. Squier. A. E. Woodruff, for appellant. W. A. Shepard, for respondent.

PER CURIAM. Order affirmed with $10 costs and disbursements. Order filed.

HOUGHTON, J., dissents.

WORMSER v. GEHRI. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Samuel Wormser against William Gehri. No opinion. Motion denied, on condition that appellant be ready for January term. Order filed.

WORMSER v. GEHRI. (Supreme Court, Appellate Division, First Department. Janu-